# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

DONNA M. JACOBY-POLESKY

    v.

JO ANNE BARNHART

                          Case Number: 05-3541-SSA-CV-S-WAK

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** the decision of the agency is reversed and this case is remanded to the Commissioner under Sentence 4, 42 U.S.C. § 405(g), for further development of the record, if appropriate, and further consideration of claimant's medical and mental health conditions for the relevant time period.


*ENTERED ON:*

                                      *Patricia L. Brune*

*June 29, 2006*                           *Clerk*
*Date*

                                      */s/*
                                      *Jackie Price*

                                      *(By) Deputy Clerk*